# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

JAMES IARDELLA

Defendant(s).

2:12-mj-606-GWF

## SUBSTITUTION OF ATTORNEY

JAMES IARDELLA _____ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

LOUIS C. SCHNEIDER #9683
(New Attorney)

(Address): 500 SOUTH SEVENTH STREET, LV, NV 89101

(Telephone): 702-435-2121 _____, as attorney of record in place and

stead of: RACHEL KORENBLAT, FEDERAL PUBLIC DEFENDER
(Present Attorney)

DATED: 12/28/12

(Signature of Party)

I consent to the above substitution.

DATED: 1-2-13

(Signature of Present Attorney)

. . .
. . .
. . .

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 12/28/12                    _____
4 |                                    (Signature of New Attorney)
5 |
6 | Please check one: __X__ RETAINED or _____ APPOINTED BY THE COURT
7 |
8 |                                    APPROVED:
9 | DATED: January 7, 2013             _____
10|                                    GEORGE FOLEY, JR.
11|                                    United States Magistrate Judge

2