# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Return to:   United States District Court
             333 Las Vegas Blvd. South, Room 1334
             Las Vegas, Nevada 89101
             ATTN:  Elvia Garcia

Return by:  A.S.A.P  2013 MAR 26  P 3: 25

Reference:  U.S.A. vs. James Iardella
            Case/Citation    2:12-mj-606-GWF
            Sentencing date  March 20, 2013

I, __James Iardella__, legal owner of the $300 cash bond posted in the above referenced matter and now on deposit with the Clerk's Office,

_X_ hereby authorize said bond money to be applied to the fine imposed by the Court.        {Please
            **OR**                                                                           {choose
___ hereby request that said bond money be returned to me at the address below.             {one

**IMPORTANT:** THIS FORM MUST BE FILLED OUT COMPLETELY, NOTARIZED AND RETURNED TO THE COURT OR THE BOND MONEY POSTED WILL NOT BE RELEASED OR APPLIED TOWARD THE FINE.

Signature of Legal Owner

838 Waterloo DR
Legal Owner's Mailing Address

Hend, NV 89002
City, State and Zip Code

Dated:  3-20-13

SUBSCRIBED AND SWORN to before me on this 20 day of March, 2013

Notary Public — Samantha Hernandez, Notary Public, State of Nevada, Appointment No. 12-9385-1, My Appt. Expires Nov 8, 2016

## DO NOT WRITE BELOW THIS LINE - FOR COURT USE ONLY

IT IS THE ORDER OF THE COURT that the cash bond posted __06/05/12__, receipt # __NVLASD11773__ in this matter is discharged and surety released. Pay proceeds of cash bond to:

Central Violations Bureau       $_____
Legal Owner                     $_____
United States District Court    $ 300.00

DATED: March 26, 2013

United States Magistrate Judge

I hereby attest and certify on __3/29/13__ that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

U. S. Magistrate Judge, District of Nevada

By /s/ Elvia Garcia
Deputy Clerk

To Finance:  Pat Albers and Leann Stevens

   Date: _____

Bail Release Form.wpd